GODFREY MILLER, Appellant, *v.* CITY OF BUFFALO, Respondent.

*Miller* v. *City of Buffalo*, 146 App. Div. 886, affirmed.
(Argued January 20, 1913; decided February 4, 1913.)

APPEAL from a judgment entered September 13, 1911, upon an order of the Appellate Division of the Supreme

Court in the fourth judicial department, overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment in favor of defendant upon a nonsuit granted by the trial court, in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant in failing to keep its streets in repair.

*Joseph A. Wechter* for appellant.

*Clark H. Hammond, Corporation Counsel (Harry D. Sanders* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER and CUDDEBACK, JJ. Dissenting: HISCOCK, COLLIN and MILLER, JJ.